≷JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. 24-cr-10187-AK   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number See Attached
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number See Attached   ☑ Yes ☐ No

**Defendant Information:**

Defendant Name ZM QUANT INVESTMENT LTD   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: British Virgin Islands

Birth date (Yr only): _____   SSN (last 4#): _____   Sex: _____   Race: _____   Nationality: _____

**Defense Counsel if known:** _____   Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Christopher J. Markham; David M. Holcomb   Bar Number if applicable: 685591; 694712

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/19/2024   Signature of AUSA: /s/ David M. Holcomb

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   ZM QUANT INVESTMENT LTD

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Market Manipulation and Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1343 | Wire Fraud | 2-4 |
| Set 3 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Forfeiture Allegation | --- |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Related Cases**

- 23-cr-10135-AK  (Max Hernandez)
- 23-cr-10325-AK (Michael Thompson)
- 24-cr-10014-AK (Russell Armand)
- 24-cr-10137-AK (Vy Pham)
- 24-cr-10188-AK (Bradley Beatty)
- 24-cr-10189-AK (Manpreet Kohli, et al)
- 24-cr-10190-AK (Gotbit Consulting, et al)

**Search Warrants**

- 23-mj-6501-MPK
- 23-mj-6502-MPK
- 23-mj-6503-MPK
- 23-mj-6504-MPK
- 23-mj-5553-JGD
- 23-mj-6601-MPK
- 23-mj-6602-MPK
- 23-mj-6603-MPK
- 23-mj-6604-MPK
- 23-mj-6605-MPK
- 23-mj-6606-MPK
- 24-mj-6194-MPK
- 24-mj-6195-MPK
- 24-mj-1363 (CDCA)
- 24-mj-4086-DHH
- 24-mj-4087-DHH
- 24-mj-6654-MPK

%JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** FBI

**City** Boston
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. 24-cr-10187-AK    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  See Attached
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number  See Attached    ☑ Yes  ☐ No

**Defendant Name** Baijun Ou    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** "Eric Ou"
**Address:** Hong Kong

**Birth date (Yr only):** 1992    **SSN (last 4#):** ____    **Sex:** M    **Race:** ____    **Nationality:** ____

**Defense Counsel if known:** _____    **Address:** _____
**Bar Number:** _____

### U.S. Attorney Information

**AUSA:** Christopher J. Markham; David M. Holcomb    **Bar Number if applicable:** 685591; 694712

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** Lives in Hong Kong

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment
**Total # of Counts:** ☐ Petty ____  ☐ Misdemeanor ____  ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 9/19/2024    **Signature of AUSA:** /s/ David M. Holcomb

JS 45 (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Baijun Ou

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Market Manipulation and Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1343 | Wire Fraud | 2-4 |
| Set 3 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Forfeiture Allegation | --- |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Related Cases**

- 23-cr-10135-AK  (Max Hernandez)
- 23-cr-10325-AK (Michael Thompson)
- 24-cr-10014-AK (Russell Armand)
- 24-cr-10137-AK (Vy Pham)
- 24-cr-10188-AK (Bradley Beatty)
- 24-cr-10189-AK (Manpreet Kohli, et al)
- 24-cr-10190-AK (Gotbit Consulting, et al)

**Search Warrants**

- 23-mj-6501-MPK
- 23-mj-6502-MPK
- 23-mj-6503-MPK
- 23-mj-6504-MPK
- 23-mj-5553-JGD
- 23-mj-6601-MPK
- 23-mj-6602-MPK
- 23-mj-6603-MPK
- 23-mj-6604-MPK
- 23-mj-6605-MPK
- 23-mj-6606-MPK
- 24-mj-6194-MPK
- 24-mj-6195-MPK
- 24-mj-1363 (CDCA)
- 24-mj-4086-DHH
- 24-mj-4087-DHH
- 24-mj-6654-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. 24-cr-10187-AK    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number See Attached
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number See Attached    ☑ Yes    ☐ No

**Defendant Information:**

Defendant Name: Ruiqi Lui    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: "Ricky Lau"

Address: United Kingdom and Hong Kong

Birth date (Yr only): 1997    SSN (last 4#): _____    Sex: M    Race: _____    Nationality: _____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Christopher J. Markham; David M. Holcomb    Bar Number if applicable: 685591; 694712

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** Lives in United Kingdom and Hong Kong

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____    on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty ___    ☐ Misdemeanor ___    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/19/2024    Signature of AUSA: /s/ David M. Holcomb

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  Ruiqi Lui

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1: 18 U.S.C. § 371 | Conspiracy to Commit Market Manipulation and Wire Fraud | 1 |
| Set 2: 18 U.S.C. § 1343 | Wire Fraud | 2-4 |
| Set 3: 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Forfeiture Allegation | --- |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

**Related Cases**

- 23-cr-10135-AK  (Max Hernandez)
- 23-cr-10325-AK (Michael Thompson)
- 24-cr-10014-AK (Russell Armand)
- 24-cr-10137-AK (Vy Pham)
- 24-cr-10188-AK (Bradley Beatty)
- 24-cr-10189-AK (Manpreet Kohli, et al)
- 24-cr-10190-AK (Gotbit Consulting, et al)

**Search Warrants**

- 23-mj-6501-MPK
- 23-mj-6502-MPK
- 23-mj-6503-MPK
- 23-mj-6504-MPK
- 23-mj-5553-JGD
- 23-mj-6601-MPK
- 23-mj-6602-MPK
- 23-mj-6603-MPK
- 23-mj-6604-MPK
- 23-mj-6605-MPK
- 23-mj-6606-MPK
- 24-mj-6194-MPK
- 24-mj-6195-MPK
- 24-mj-1363 (CDCA)
- 24-mj-4086-DHH
- 24-mj-4087-DHH
- 24-mj-6654-MPK